James K. Schultz, Esq., Nevada Bar No. 10219
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
Telephone: (619) 758-1891
Facsimile: (619) 296-2013
E-mail jschultz@sessions.legal

Shannon G. Splaine, Esq., Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
E-Mail: ssplaine@lgclawoffice.com
*Attorneys for Defendant Fair Collections & Outsourcing, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN C. PIPES, | Case No: 2:18-cv-01569-RFB-GWF |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| FAIR COLLECTIONS & OUTSOURCING, INC. a Foreign Company, and EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, | |
| Defendants. | |

Plaintiff, John C. Pipes ("Plaintiff) and Defendant, Fair Collections & Outsourcing, Inc. ("FCO") through undersigned counsel, hereby stipulate and agree that Defendant shall have a 21 day extension of time, until October 22, 2018 to respond to the Complaint. Plaintiff and FCO are engaged in informal discovery and settlement discussions, and the additional time to respond to the Complaint will facilitate these discussions.

1

This stipulation is filed in good faith and not intended to cause any delay.

*Shannon G. Splaine* (signature)
Shannon G. Splaine
*Attorney for Defendant,*
*Fair Collections & Outsourcing, Inc.*

/s/ Erik W. Fox

Eric W. Fox
*Attorney for Plaintiff*
John C. Pipes

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATE: October 2, 2018.

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Staci D. Ibarra, an employee
of the law offices of
Lincoln, Gustafson & Cercos, LLP